**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: August 12, 2015**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re:    JOSE VILLAVICENCIO | : | Case No. 15-54279 |
| | : | Chapter 13 |
| Debtor(s) | : | Judge John E. Hoffman Jr. |

### ORDER OF DISMISSAL (Doc. 11)

Came on for consideration the Trustee Motion to Dismiss in the above-captioned Chapter 13 proceeding, and the Court, having considered the Motion, and finding that proper notice to all parties in interest have been given, and after hearing all opposition to the Motion, and upon consideration of the grounds set forth in the Trustee's Motion, the Court does hereby Order that the above-captioned Chapter 13 proceeding is hereby dismissed.

The Court retains jurisdiction pursuant to 11 U.S.C. §349 to consider administrative matters only, including the allowance of administrative fees and expenses, the disbursement of

adequate protection payments pursuant to 11 U.S.C. §1326, and the closing of the case. Any applications for the allowance of administrative expenses, including attorneys and appraisal fees, must be filed within fourteen (14) days of this date.

**IT IS SO ORDERED.**

Copies to:

*ALL CREDITORS AND PARTIES IN INTEREST*

###