IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JOSE VILLAVICENCIO
    PO BOX 32185
    COLUMBUS, OH  43232

Case No: 15-54279

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on June 30, 2015.
The plan was not confirmed.
The Case was concluded on August 12, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF DISMISSAL PRIOR TO CONFIRMATION.  THE SUBJECT CASE HAS BEEN DISMISSED.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:     0.00

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 0.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| JOSE VILLAVICENCIO 00000  DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Nationstar Mortgage 00001  UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Riverside Breezes 00002  UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| The Yellin Law Firm 00003  UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIN PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 |
|  |  |  |  |  | TOTAL PAID: | 0.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

|  | ALLOWED | TOTAL PAID |
|---|---|---|
| DEBTOR'S ATTORNEY |  |  |
| PRO SE DEBTOR | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 15-54279    JOSE VILLAVICENCIO

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

Dated: 08/26/2015

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JOSE VILLAVICENCIO<br>PO BOX 32185<br>COLUMBUS, OH  43232 | Case No: 15-54279<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

### CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555